FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 23 PM 3: 4

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNION PLANTERS CORPORATION,

    Plaintiff,

vs.

Case No. 04-2325- Ma-An

AMERICAN NATIONAL INSURANCE
COMPANY OF TEXAS, INTERMEDIARY
INSURANCE SERVICES, INC., and
MOODY REVIEW, INC.

    Defendants.

## CONSENT ORDER DISMISSING CAUSE WITH PREJUDICE

The parties to this lawsuit, Union Planters Corporation, Plaintiff, and American National Insurance Company of Texas, Intermediary Insurance Services, Inc., and Moody Review, Inc., Defendants, hereby announce to the Court that the matters and things in controversy between them have been compromised and settled and that this cause may be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause is dismissed with prejudice.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

Date: June 22, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-24-05



_____
Herbert E. Gerson
Ford & Harrison LLP
6750 Poplar Avenue, Suite 600
Memphis, TN 38138

Attorney for Plaintiff


_____
Charles W. Hill/5452
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, TN 38103

Attorney for Defendants American National
Insurance Company of Texas and Intermediary
Insurance Services, Inc.


_____ *permission*
John M. Russell  *by CWH with permission*
Lawrence & Russell, LLP
5050 Poplar Avenue, Suite 1717
Memphis, TN 38157

Attorney for Defendant Moody Review, Inc.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02325 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

John Morris Russell
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Patrick Daniel Riederer
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Julie Yarbrough McLaughlin
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Charles Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Herbert E. Gerson
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT