UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ BMW D.C.

05 JUN 30 PM 5: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNION PLANTERS CORPORATION,

    Plaintiff,

v.                                                                 Cv. No. 04-2325-Ma

AMERICAN NATIONAL INSURANCE COMPANY
OF TEXAS, INTERMEDIARY INSURANCE
SERVICES, INC., and MOODY REVIEW, INC.,

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order Dismissing Cause with Prejudice, docketed June 24, 2005.

APPROVED: /s/ S.H.M.
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 30, 2005
_____
DATE

THOMAS M. GOULD
CLERK
_____
(By) /s/ Judy Easley
    DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-1-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02325 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Patrick Daniel Riederer
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Herbert E. Gerson
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Charles Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

John Morris Russell
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Julie Yarbrough McLaughlin
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT